IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00285-WDM-MJW

MELISSA SUE ALLEN,

    Plaintiff,

v.

TOWN & COUNTRY MOVERS, INC., and
KEVIN BASS, CEO, Town & Country Movers, Inc.,

    Defendants.

## ORDER DENYING MOTION TO REMAND

Miller, J.

This matter is before me on a motion to remand filed by *pro se* plaintiff Melissa Sue Allen (Allen) on April 4, 2006.[1] Allen contends that remand is proper because the basis for her claim, 49 U.S.C. § 14706, provides for concurrent jurisdiction in federal or state courts.[2] 28 U.S.C. § 1445(b) prohibits removal of claims under section 14706 "*unless* the matter in controversy exceeds $10,000, exclusive of interest and costs."

---

[1] The filing stamp on the motion to remand bears a handwritten notation of "April 3," but the electronic filing date is April 4, 2006. Other than the file stamp and written date, the motion to remand is a duplicate of a letter of objection to the notice of remand filed by Allen on February 27, 2006.

[2] The motion to remand cites the statutory basis for the claim as 49 U.S.C. § 1407, and the complaint does not cite any statute at all. There is no § 1407 is Title 49 of the United States Code, but Allen's complaint appears to assert a claim against Defendants for damages for items lost when Defendants, a moving company and its CEO, transported her property from Maryland to Colorado. 49 U.S.C. § 14706 provides for liability of carriers under such circumstances and appears to be the proper statutory authority for Allen's claim.

(Emphasis added.)  As Defendants point out in their notice of removal, Allen sought in excess of $10,000 in the claim filed with Defendant Town & Country Movers in November 2004.  Exhibit C to Notice of Removal.

Based on the record before me, it appears the amount in controversy exceeds $10,000, exclusive of interest and costs, rendering removal proper pursuant to 28 U.S.C. §§ 1337(a) and 1445(b).

Accordingly, the motion to remand, filed April 4, 2006, is denied.

DATED at Denver, Colorado, on April 7, 2006.

BY THE COURT:


s/ Walker D. Miller
United States District Judge