IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00285-WDM-MJW

MELISSA SUE ALLEN,

Plaintiff,

v.

TOWN AND COUNTRY MOVERS, INC., and
KEVIN BASS,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Defendants' Motion to Submit Unilaterally Prepared Scheduling Order, (DN 17), filed with the Court on April 14, 2006, is GRANTED.

Date: April 17, 2006